[No. 68075-7-I.   Division One.   September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v, DWIGHT BENSON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated November 12, 2013. Substitute opinion filed. See 177 Wn. App. 1027.

[No. 68335-7-I.   Division One.   September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA MARIE RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00038-3, Steven J. Mura, J., entered December 21, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.

[No. 68469-8-I.   Division One.   September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. A.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-6-00297-0, Michael Hayden, J., entered February 21, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Verellen, JJ.

[No. 68487-6-I.   Division One.   September 16, 2013.]

*In the Matter of the Personal Restraint of* MICAH BRUNO, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and *remanded with instructions* by unpublished per curiam opinion.